Case Name: KAMINISKI, JACEK
              KAMINSKI, KATARZYNA
Case No:     08-70288

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 25, 2008                WILLIAM T. NEARY
                                              United States Trustee, Region 11


                                BY:   */s/ Carole J. Ryczek*
                                           CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee