IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
KAMINSKI, JACEK
KAMINSKI, KATARZYNA

CASE NO. 08-70288 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-2102; XXX-XX-2261

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on:  July 28, 2008
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,320.21 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $     5,702.09

   b. Disbursements                         $         5.64

   c. Net Cash Available for Distribution   $     5,696.45

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,376.24, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $9,469.41, resulting in an approximate distribution of 46.21% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   June 20, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0288   Doc 35   Filed 06/27/08   Entered 06/29/08 23:48:30   Desc Imaged
            Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: mreilly               Page 1 of 1                Date Rcvd: Jun 27, 2008
Case: 08-70288                    Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Jun 29, 2008.
db          +Jacek Kaminski,    6708 Rose Ave,   Crystal Lake, IL 60014-4972
jdb         +Katarzyna Kaminski,    6708 Rose Ave,   Crystal Lake, IL 60014-4972
aty         +Erick J Bohlman,    Bohlman Law Offices, PC,   111 South Virginia Street,
              Crystal Lake, IL 60014-5853
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11919908    +Aams Llc,    4800 Mills Civic Pkwy St,   West Des Moines, IA 50265-5263
11919909    +Aba,    300 1/2 South 2nd,   Clinton, IA 52732
11919910    +Americollect,    814 S 8th St,   Manitowoc, WI 54220-4503
11919911    +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive,   Suite 400,   Chicago, IL 60606-4440
12105752   +++CREDITORS' PROTECTION SERVICE, INC.,    POB 4115,   Rockford IL 61110-0615
11919912    +Capital 1 Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
11919913    +Centegra Health System,    P.O. 5995,   Peoria, IL 61601-5995
11919914    +Centegra Memorial Medical Center,    Centegra Northern IL Med. Center,   PO Box 5995,
              Peoria, IL 61601-5995
11919915    +Chrysler Credit,    Po Box 8065,   Royal Oak, MI 48068-8065
11919916    +Citirl,    10801 6th Street,   Rancho Cucamon, CA 91730-5977
11939990    +DaimlerChrysler Financial Serv Americas, LLC,    c/o Riezman Berger, P.C.,
              7700 Bonhomme, 7th Floor,   St. Louis, MO 63105-1960
11919917    +Integral Recoveries In,    770 W Hampden Ave Ste 34,   Englewood, CO 80110-2121
11919922   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: Nco-medclr,    Po Box 8547,   Philadelphia, PA 19101)
11919918     MHS Physician Services,    PO Box 5081,   Janesville, WI 53547-5081
11919919     Moraine Emergency Physicians,    PO Box 8759,   Philadelphia, PA 19101-8759
11919920     NCO - Medclr,    Po Box 41567,   Philadelphia, PA 19101
11919921    +Nco Financial Systems,    507 Prudential Rd,   Horsham, PA 19044-2368
11919923    +Nicor Gas,    1844 Ferry Road,   Naperville, IL 60563-9600
11919924    +Osi Collection Service,    1375 E Woodfield Rd,   Suite 110,   Schaumburg, IL 60173-5423
11919925    +Rockford Health System,    2350 N Rockton Ave # 502,   Rockford, IL 61103-3696
12063660    +SVO Myrtle Beach, Inc.,    C/O Lowndes, Drosdick, Doster, et al,   Att: Valerie N. Brown,
              215 N. Eola Drive,   Orlando, FL 32801-2028
11919926    +Starwood Vacation Owne,    9002 San Marco Ct,   Orlando, FL 32819-8600
11919927    +Washington Mutual,    1301 Second Ave.,   Seattle, WA 98101-2005
The following entities were served by electronic transmission on Jun 28, 2008.
12182606     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 28 2008 04:12:38     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
12199887*   +SVO Myrtle Beach, Inc.,    C/O Lowndes, Drosdick, Doster, et al,   Att: Valerie N. Brown,
              215 N. Eola Drive,   Orlando, FL 32801-2028
                                                                                            TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**          **Signature:** *Joseph Speetjens*